**LAW OFFICES OF DALE K. GALIPO**
DALE K. GALIPO, ESQ. (SBN 144074)
dalekgalipo@yahoo.com
MARCEL F. SINCICH, ESQ. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

*Attorneys for Plaintiff*
MARGARITA LOPEZ SANCHEZ

ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6008
 Fax: (916) 324-5205
 E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Macomber, Barretto, Lewis, Choate, Gipson, Davis, Marion, Dobie, and Lynch*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARGARITA LOPEZ SANCHEZ,<br><br>           Plaintiff,<br><br>      v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,<br><br>           Defendants. | Case No.: 2:23-cv-01011-MCE-AC<br><br>[*Honorable Morrison C. England, Jr.*]<br>Magistrate Judge Allison Claire<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's November 15, 2023, Minute Order (Doc. 17), Plaintiff Margarita Lopez Sanchez and Defendants California Department of Corrections

and Rehabilitation, and California State Prison, Sacramento, Macomber, Barretto, Lewis, Choate, Gipson, Davis, Marion, Dobie, and Lynch (together called "the parties") submit the following status report:

On April 24, 2024, the Court issued its Order Granting, with 20 days leave to amend, Defendants' Motion to Dismiss. (Doc. 18).

Plaintiff is in the process of amending the complaint, and the parties are engaged in informal settlement discussions. The parties therefore believe it is appropriate that discovery, and the rule 26(f) conference in this matter, should continue to be stayed until such time as all remaining Defendants have filed an answer in the case.

Dated: May 6, 2024        LAW OFFICES OF DALE K. GALIPO

/s/   Marcel Sincich
MARCEL SINCICH
*Attorney for Plaintiff*

Dated: May 6, 2024        ROB BONTA, Attorney General of California
JON S. ALLIN, Supervising Deputy Attorney General

/s/   Jeremy Duggan
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants Macomber, Barretto, Lewis, Choate, Gipson, Davis, Marion, Dobie, and Lynch*