**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

*Attorneys for Plaintiff*
MARGARITA LOPEZ SANCHEZ

Rob Bonta, State Bar No. 202668
Attorney General of California
Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
Jeremy Duggan, State Bar No. 229854
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6008
  Fax: (916) 324-5205
  E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Macomber, Barretto, Lewis, Choate, Gipson, Davis, Marion, Dobie, and Lynch*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARGARITA LOPEZ SANCHEZ,<br><br>              Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>              Defendants. | Case No.: 2:23-cv-01011-MCE-AC<br><br>[*Honorable Morrison C. England, Jr.*]<br>Magistrate Judge Allison Claire<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO AMEND** |

Plaintiff Margarita Lopez Sanchez and Defendants California Department of

Corrections and Rehabilitation, and California State Prison, Sacramento,

Macomber, Barretto, Lewis, Choate, Gipson, Davis, Marion, Dobie, and Lynch

(together called "the parties") submit the following Joint Stipulation to Extend Time for Plaintiff to Amend, based on the following good cause:

On April 24, 2024, the Court issued its Order Granting, with 20 days leave to amend, Defendants' Motion to Dismiss. (Doc. 18).

On May 6, 2024, the parties filed their joint Status Report re Settlement pursuant to this Court's November 15, 2023, Minute Order. (Doc. 19.) Therein, the parties informed the Court that Plaintiff is in the process of amending the complaint, and the parties are engaged in informal settlement discussions. Further, the parties believe it is appropriate that discovery, and the Rule 26(f) conference in this matter, should continue to be stayed until such time as all remaining Defendants have filed an answer in the case.

Provided that it may take approximately 30 days for defense counsel to discuss the matter internally and respond to Plaintiffs' demand, the parties believe that it is the best interest of supporting the parties' efforts to resolve this matter to extend the time for Plaintiff to amend the complaint in accordance with this Court's Order.

Therefore, the parties agree and stipulate that there is good cause to permit Plaintiff an extension to file an amended complaint, from June 14, 2024 to July 18, 2024.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  May 10, 2024                LAW OFFICES OF DALE K. GALIPO

                                    /s/     Marcel Sincich
                                    MARCEL SINCICH
                                    *Attorney for Plaintiff*

Dated:  May 10, 2024                ROB BONTA, Attorney General of California
                                    JON S. ALLIN, SUPERVISING Deputy
                                         Attorney General

                                    /s/     Jeremy Duggan
                                    JEREMY DUGGAN
                                    Deputy Attorney General
                                    *Attorneys for Defendants*