# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA LOPEZ SANCHEZ, | Case No.: 2:23-cv-01011-MCE-AC |
| Plaintiff, | [*Honorable Morrison C. England, Jr.*] Magistrate Judge Allison Claire |
| vs. | **[PROPOSED] ORDER GRANTING THE PARTIES JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO AMEND** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL., | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO EXTEND

The Court, having considered the Parties Joint Report to Extend and good cause appearing.

**IT IS HEREBY ORDERED** as follows:

Not later July 18, 2024, Plaintiff may, but is not required to, file an amended complaint. If no amended complaint is timely filed, this action will be deemed dismissed with prejudice upon no further notice to the parties.

IT IS SO ORDERED.

DATED: _____       _____

HONORABLE MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE