# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA LOPEZ SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,<br><br>Defendants. | Case No.: 2:23-cv-01011-MCE-AC<br><br>[*Honorable Morrison C. England, Jr.*]<br>Magistrate Judge Allison Claire<br><br>**ORDER GRANTING THE PARTIES JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO AMEND** |

The Court, having considered the Parties Joint Report to Extend and good cause appearing hereby orders as follows:

The first amended complaint filed at ECF No. 22 is STRICKEN.  Not later July 18, 2024, Plaintiff may, but is not required to, file an amended complaint. If no amended complaint is timely filed, this action will be deemed dismissed with prejudice upon no further notice to the parties.

IT IS SO ORDERED.

Dated: May 20, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE