**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARITA LOPEZ SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,<br><br>Defendants. | Case No.: 2:23-cv-01011-MCE-AC<br><br>[*Honorable Morrison C. England, Jr.*]<br>Magistrate Judge Allison Claire<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO AMEND** |

### [PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO EXTEND

The Court, having considered the Parties Joint Report to Extend and good cause appearing.

**IT IS HEREBY ORDERED** as follows:

Plaintiff's First Amended Complaint is hereby stricken. Not later August 16, 2024, Plaintiff may, but is not required to, file an amended complaint. If the matter is resolved prior to that time, the parties shall file a joint status report regarding settlement.

IT IS SO ORDERED.

DATED: _____    _____

HONORABLE MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE