# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARGARITA LOPEZ SANCHEZ,

     Plaintiff,

     vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, ET AL.,

     Defendants.

Case No.: 2:23-cv-01011-MCE-AC

[*Honorable Morrison C. England, Jr.*]
Magistrate Judge Allison Claire

**ORDER GRANTING THE PARTIES
JOINT STIPULATION TO EXTEND
TIME FOR PLAINTIFF TO AMEND**

     The Court, having considered the Parties Joint Report to Extend and good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff's First Amended Complaint (ECF No. 26) is hereby STRICKEN. Not later August 16, 2024, Plaintiff may, but is not required to, file an amended complaint. If the matter is resolved prior to that time, the parties shall file a joint status report regarding settlement.

     IT IS SO ORDERED.

Dated:  July 23, 2024

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE