1    **LAW OFFICES OF DALE K. GALIPO**
     DALE K. GALIPO, ESQ. (SBN 144074)
2    dalekgalipo@yahoo.com
     MARCEL F. SINCICH, ESQ. (SBN 319508)
3    msincich@galipolaw.com
     21800 Burbank Boulevard, Suite 310
4    Woodland Hills, CA 91367
     Phone: (818) 347-3333 | Fax: (818) 347-4118
5
     *Attorneys for Plaintiff*
6    MARGARITA LOPEZ SANCHEZ

7    ROB BONTA, State Bar No. 202668
     Attorney General of California
8    JON S. ALLIN, State Bar No. 155069
     Supervising Deputy Attorney General
9    JEREMY DUGGAN, State Bar No. 229854
     Deputy Attorney General
10     1300 I Street, Suite 125
       P.O. Box 944255
11     Sacramento, CA 94244-2550
       Telephone:  (916) 210-6008
12     Fax:  (916) 324-5205
       E-mail:  Jeremy.Duggan@doj.ca.gov
13   *Attorneys for Defendants*
     *Macomber, Barretto, Lewis, Choate, Gipson, Davis, Marion, Dobie, and Lynch*
14

15                    IN THE UNITED STATES DISTRICT COURT

16                 FOR THE EASTERN DISTRICT OF CALIFORNIA

17                          SACRAMENTO DIVISION

18

19

20   MARGARITA LOPEZ SANCHEZ,            Case No.: 2:23-cv-01011-MCE-AC

21              Plaintiff,               [*Honorable Morrison C. England, Jr.*]
                                         Magistrate Judge Allison Claire
22         v.
                                         **JOINT NOTICE OF SETTLEMENT
23                                       AND STIPULATION TO VACATE
     CALIFORNIA DEPARTMENT OF            ALL DATES AND DEADLINES**
24   CORRECTIONS AND
     REHABILITATION, ET AL.,
25
                Defendants.
26

27

28
                                      1           Case No. 2:23-cv-01011-MCE-AC

Plaintiff Margarita Lopez Sanchez and Defendants California Department of Corrections and Rehabilitation, and California State Prison, Sacramento, Macomber, Barretto, Lewis, Choate, Gipson, Davis, Marion, Dobie, and Lynch (together called "the parties") have reached a verbal agreement to settle this matter in its entirety.

The parties are working on completing a written release and settlement agreement.  Upon finalization of the settlement, the entire case and all defendants shall be dismissed with prejudice  It may take up to six months to distribute the settlement funds and file the dismissal.

The parties therefore stipulate and request that the Court vacate all dates and deadlines in this matter and order the parties to either file a status report or dismissal no later than February 15, 2025.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated:  August 15, 2024                    LAW OFFICES OF DALE K. GALIPO

*/s/      Marcel Sincich*
MARCEL SINCICH
*Attorney for Plaintiff*

Dated:  August 15, 2024                    ROB BONTA, Attorney General of California
                                           JON S. ALLIN, Sup. Dep. Attny. General

*/s/      Jeremy Duggan*
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants*