# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA LOPEZ SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,<br><br>Defendants. | Case No.: 2:23-cv-01011-MCE-AC<br><br>[*Honorable Morrison C. England, Jr.*]<br>Magistrate Judge Allison Claire<br><br>**[PROPOSED] ORDER RE. JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL DATES AND DEADLINES** |

## [PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION

The Court, having considered the Joint Notice of Settlement and Stipulation To Vacate All Dates and Deadlines and good cause appearing.

**IT IS HEREBY ORDERED** as follows:

All dates and deadlines are hereby vacated. Plaintiff shall not file an amended complaint. No later than February 15, 2025, the parties shall file either (1) a status report re settlement, or (2) dismissal of this action.

**IT IS SO ORDERED**.

DATED: _____   _____

HONORABLE MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE