1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  JON S. ALLIN, State Bar No. 155069
   Supervising Deputy Attorney General
3  JEREMY DUGGAN, State Bar No. 229854
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 210-6008
6   Fax:  (916) 324-5205
    E-mail:  Jeremy.Duggan@doj.ca.gov
7  *Attorneys for Defendants*
   *Macomber, Barretto, Lewis, Choate, Gipson, Davis,*
8  *Marion, Dobie, and Lynch*

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11                        SACRAMENTO DIVISION

12

| | |
|---|---|
| **MARGARITA LOPEZ SANCHEZ,** | 2:23-cv-01011-MCE-AC |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,** | Action Filed:  May 30, 2023 |
| Defendants. | |

1

Stip. For Voluntary Dismissal with Prejudice  (2:23-cv-01011-MCE-AC)

1     Plaintiff Margarita Lopez Sanchez and Defendants Macomber, Barretto, Lewis, Choate, Gipson, Davis, Marion, Dobie, and Lynch have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    Each party shall bear its own litigation costs and attorneys' fees.

Dated: January 13, 2025

LAW OFFICES OF DALE K. GALIPO

*/s/ Marcel Sincich*
 *(as authorized 1/13/25)*

MARCEL SINCICH
*Attorney for Plaintiff*
*Margarita Sanchez Lopez*

Dated: January 13, 2025

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/ Jeremy Duggan*
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants*
*Macomber, Barretto, Lewis, Choate, Gipson, Davis, Marion, Dobie, and Lynch*

SA2023303933
38337848.docx

2

Stip. For Voluntary Dismissal with Prejudice  (2:23-cv-01011-MCE-AC)

# CERTIFICATE OF SERVICE

| Case Name: | **Margarita Lopez Sanchez v. CDCR, et al.** | No. | **2:23-cv-01011-MCE-AC** |

I hereby certify that on <u>January 13, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 13, 2025</u>, at Sacramento, California.

| A. Zamora | */s/ A. Zamora* |
|---|---|
| Declarant | Signature |

SA2023303933
38701051.docx